

# Fourth Court of Appeals
## San Antonio, Texas

June 27, 2018

No. 04-18-00248-CV

**IN THE INTEREST OF E.O.R. AND A.A.A.G., II., CHILDREN,**

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA00918
Honorable Peter Sakai, Judge Presiding

## O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellant's brief was filed on June 4, 2018, making appellee's brief due June 25, 2018. The appellee filed a motion for extension of time requesting a twenty-day extension to file its brief. The motion is GRANTED. Appellee's brief must be filed no later than July 16, 2018. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of June, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court